# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POWELL, | Case No. CV 18-8838-AB (JEM) |
| Petitioner, | 1:04-CR-00514-WYD-2 (D. Colo.) |
| v. | |
| FRANCISCO J. QUINTANA, | **JUDGMENT** |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: March 29, 2019

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE